United States Courts
Southern District of Texas 43
FILED

SEP 09 2020

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-20-1412 |
| § | |
| JUAN CARLOS CARRANZA § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about April 16, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JUAN CARLOS CARRANZA**

knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, for Theft of Property in an Amount of $20,000.00 or More But Less Than $100,000.00, in the 275th District Court, Hidalgo County, Texas, on November 8, 2004, in cause number CR-2128-01-E, did knowingly and unlawfully possess in and affecting interstate and foreign commerce, a Beretta, Model PX4 Storm, 9mm caliber pistol; a Walther, Model Colt 1911 Rail Gun, .22 caliber pistol, a Glock, Model 26, 9mm caliber pistol, and 997 rounds of assorted ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### NOTICE OF FORFEITURE
### 18 U.S.C. §922(g)(1)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**JUAN CARLOS CARRANZA**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

a Beretta, Model PX4 Storm, 9mm caliber pistol, Serial Number PX121096;

a Walther, Model Colt 1911 Rail Gun, .22 caliber pistol, Serial Number LK002777;

a Glock, Model 26, 9mm caliber pistol, Serial Number BGBV003; and

997 rounds of assorted ammunition.

A TRUE BILL

FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY