U.S. Department of Justice  
Washington, D.C.  
07/09/2020/mt

Criminal Docket

___McALLEN___ Division      CR. No. **M-20-1412**

**INDICTMENT**    Filed: September 9, 2020     Judge: **RANDY CRANE**

County: Hidalgo  
Lions #: **2020R09404**  
UNITED STATES OF AMERICA

Attorneys:  
RYAN K. PATRICK, UNITED STATES ATTORNEY

v.

ROBERT L. GUERRA, JR., ASST. U.S. ATTORNEY

JUAN CARLOS CARRANZA --**WARRANT**--     Ct. 1

Charge(s):    Ct. 1: A felon illegally or unlawfully possessing a firearm in and affecting interstate and foreign commerce.  
Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

Total Counts  
**(1)**

Penalty:    Ct. 1: Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:    Alcohol, Tobacco, Firearms, and explosives – Stephen Zilko - 782055-20-0023

Proceedings

Date