**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **VS.** § | **CRIMINAL NO. 7:20-cr-01412-1** |
| § | |
| **JUAN CARLOS CARRANZA** § | |

## ORDER ON UNOPPOSED MOTION FOR CONTINUANCE

The above and foregoing Motion for Continuance is hereby **{GRANTED} {DENIED}.**

The case is reset for the _____ day of _____, 2020, at _____ ___.m.

**SIGNED** on this _____ day of _____, 2020.

_____
**UNITED STATES DISTRICT JUDGE**