IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:20-cr-01412-1 |
| | § | |
| JUAN CARLOS CARRANZA | § | |

## STATEMENT OF ACCEPTANCE OF RESPONSIBILITY

Now comes, **JUAN CARLOS CARRANZA,** Defendant in the above entitled and numbered cause and renders this his Statement of Acceptance of Responsibility:

> I have read the indictment in the above referenced case. I have pled guilty to count one (1) of the Indictment and the facts contained therein are true and correct.
>
> I accept full responsibility for my actions and am truly sorry for the trouble I have caused the government, my family, and myself. I regret very deeply my involvement and violating the law.

*[signature] w/ permission*
JUAN CARLOS CARRANZA
Defendant